AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
OCT 2 5 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| Matthew Jamal Jackson | ) |
| *Plaintiff* | ) |
| v. | ) |
| Susan Pamerleau et al | ) |
| *Defendant* | ) |

Civil Action No.  5:15cv509-XR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:    The Court ACCEPTS Magistrate Judge Pamela A. Mathy's Memorandum and Recommendation. Defendants' Motion to Dismiss is GRANTED and Plaintiff Matthew Jamal Jackson's claims are DISMISSED WITH PREJUDICE. Jackson's claims are DISMISSED as frivolous, non-meritorious, and failing to state a claim under 28 U.S.C. § 1915(e)(2)(B).

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez _____

Date: _____10/25/2016_____

CLERK OF COURT

_____ , Amy Jackson
*Signature of Clerk or Deputy Clerk*