DOCKET COPY

# P.L.R.A. RECEIPT COPY

DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500038752
Cashier ID: fsweeney
Transaction Date: 03/15/2017
Payer Name: TDCJ - INMATE TRUST FUND
--------------------------------
PLRA CIVIL FILING FEE
 For:  MATTHEW JAMAL JACKSON
 Case/Party: D-TXW-5-15-CV-000509-001
 Amount:        $12.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: 108765
 Amt Tendered: $12.00
--------------------------------
Total Due:       $12.00
Total Tendered: $12.00
Change Amt:      $0.00

PLRA PARTIAL FILING FEE.
SA-15-CV-509. PAYMENT BY TDCJ -
INMATE TRUST FUND FOR MATTHEW JAMAL
JACKSON.